IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

SHARON McGARVEY; BRIAN
BECHTEL; and KATIE McGARVEY, on
behalf of themselves and all others
similarly situated,

              CASE NO. 08 CV 5610 (JBS)

        Plaintiffs,

      v.                              CLASS ACTION

PENSKE AUTOMOTIVE GROUP, INC.;
UNITED AUTOCARE PRODUCTS,
INC.; UNITED AUTOCARE, INC; and
INNOVATIVE AFTERMARKET
SYSTEMS, LP.,

        Defendants.

---

## ORDER

AND NOW, this 9th day of July, 2009, upon consideration of the Joint Unopposed Motion for Additional Time to Answer Plaintiffs' Class Action Complaint, and after notice and hearing thereon,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants will have additional time to answer or otherwise respond to Plaintiffs' Class Action Complaint, through and until July 24, 2009.

                                      BY THE COURT:

                                      Jerome B. Simandle
                                      United States District Judge